# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2864

_____

Frederick Banks

*Plaintiff - Appellant*

v.

Antitrust Division, and all *Defendant*s whose last names begin A-D;
Environmental and Natural Resources Division, and all *Defendant*s whose last
names begin with E-H; US National Central Bureau, INTERPOL and all
*Defendant*s whose last names begin with I-M; Norvel, and all *Defendant*s whose
last names begin with N-Q; Roberts, and all *Defendant*s whose last names begin
with R-U; Voting Section 307-2767, and all *Defendant*s whose last names begin
with V-Z

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: October 2, 2013
Filed: October 7, 2013
[Unpublished]

_____

Before GRUENDER, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Pennsylvania resident Frederick Banks appeals from an order of the District Court[1] dismissing his pro se civil-rights action prior to service. We grant Banks's motion to proceed in forma pauperis on appeal. We also affirm the dismissal of his complaint, see 8th Cir. R. 47A(a), but we modify the filing restriction that the District Court imposed on Banks to read as follows:

Frederick Banks is hereby enjoined from filing any civil action in the United States District Court for the Eastern District of Arkansas without first obtaining leave of that court. In seeking leave to file, Banks must certify that the claim or claims he wishes to present are new claims never before raised and disposed of on the merits by any federal court. Banks must also certify that the claim or claims are not frivolous, malicious, or brought in bad faith. Additionally, Banks must cite or affix a copy of this opinion to any motion for leave to file a claim. Failure to comply strictly with the terms of this injunction will be sufficient grounds for summarily denying leave to file or dismissing any action filed.

The judgment is affirmed.

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.